```
              IN THE UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF NEW JERSEY
```

MICHAEL PFLUGFEDER,
          Plaintiff,

     v.

DONALD BURNS,

          Defendant.

Civil Action
No. 16-1963 (JBS-AMD)

**ORDER**

This matter having come before the Court on Plaintiff Michael Pflugfelder's Motions for Default Judgment [Docket Items 6 & 7]; and the Court having considered the submission of Plaintiff; and for the reasons explained in the Opinion of today's date;

IT IS this __2nd__ day of __November__, 2016 hereby

**ORDERED** that Plaintiff's Motions for Default Judgment [Docket Items 6 & 7] shall be, and hereby is, **DENIED** and the Complaint is **DISMISSED** for lack of subject matter jurisdiction; and it is further

**ORDERED** that the Clerk of Court shall **CLOSE** this case.

                                      **s/ Jerome B. Simandle**
                                      JEROME B. SIMANDLE
                                      Chief U.S. District Judge